IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ELMER J. PERRY,

    Petitioner,

-vs-

MAUREEN BAIRD,

    Respondent.                    No. 14-cv-1046-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on September 29, 2016 (Doc. 21), the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 is **DISMISSED with prejudice.** Judgment is in favor of the respondent.

                    JUSTINE FLANAGAN,
                    ACTING CLERK OF COURT

                    BY:  *s/Caitlin Fischer*
                              Deputy Clerk

**DATED:** June 30, 2015

Digitally signed by
Judge David R. Herndon
Date: 2016.09.30
12:43:09 -05'00'

**APPROVED:**
        **U.S. DISTRICT JUDGE**
        **U. S. DISTRICT COURT**